**JACOB A. YERGER**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Jacob.Yerger@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
JUL 17 2025
Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 25-79-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | ASSAULT ON A FEDERAL OFFICER WITH A DANGEROUS WEAPON (Counts 1 and 2) Title 18 U.S.C. §§ 111(a)(1) and (b) (Penalty: Twenty years imprisonment, a $250,000 fine, and up to three years of supervised release) |
| CALEB RAYMOND CARTER, Defendant. | USE OF A FIREARM DURING OR IN RELATION TO A CRIME OF VIOLENCE (Count 3) Title 18 U.S.C § 924(c)(1)(A)(iii) (Penalty: Ten years to life imprisonment, consecutive to any other sentence, a $250,000 fine, and five years of supervised release) |
| | CRIMINAL FORFEITURE Title 18 U.S.C. § 924(d) |

1

THE GRAND JURY CHARGES:

## COUNT 1

That on or about May 2, 2025, at or near Lame Deer, in Rosebud County, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the Defendant, CALEB RAYMOND CARTER, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Bureau of Indian Affairs Officer John Doe 1, a federal agent, with a dangerous weapon while John Doe 1 was performing his official duties, in violation of 18 U.S.C. §§ 111(a)(1) and (b).

## COUNT 2

That on or about May 2, 2025, at or near Lame Deer, in Rosebud County, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the Defendant, CALEB RAYMOND CARTER, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Bureau of Indian Affairs Officer John Doe 2, a federal agent, with a dangerous weapon while John Doe 2 was performing his official duties, in violation of 18 U.S.C. §§ 111(a)(1) and (b).

## COUNT 3

That on or about May 2, 2025, at or near Lame Deer, in Rosebud County, in the State and District of Montana and within the exterior boundaries of the

Northern Cheyenne Indian Reservation, being Indian Country, the Defendant, CALEB RAYMOND CARTER, knowingly used a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Assault on a Federal Officer, as alleged in Counts 1 and 2 above, in violation of 18 U.S.C. § 924(c)(1)(A).

The grand jury finds that the firearm was discharged.

## FORFEITURE ALLEGATION

Upon conviction of any offense listed in this indictment, the Defendant, CALEB RAYMOND CARTER, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in or used in any knowing violation of said offense.

A TRUE BILL.   Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3