IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALEB RAYMOND CARTER,<br><br>Defendant. | CR 25-79-BLG-WWM<br><br>ORDER |

Pursuant to L.R. CR 24.1(a)(3), "[u]nless the court orders otherwise[,] examination of trial jurors will be conducted by the [C]ourt." Additionally, the Court may set the method for exercising peremptory challenges of jurors. (L.R. CR 24.1(b)(2)). Accordingly,

**IT IS HEREBY ORDERED** that, in addition to examination of trial jurors by the Court as set forth in L.R. CR 24.1(a)(3)(A), counsel for each party will be allowed twenty (20) minutes to examine jurors.

**IT IS FURTHER ORDERED** that the exercise of peremptory challenges will be facilitated pursuant to L.R. CR 24.1(b)(2)(B).

The Clerk of Court is directed to notify the parties of the making of this

1

Order.

DATED this 25th day of November, 2025.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE