**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-79-BLG-WWM |
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| CALEB RAYMOND CARTER, | |
| Defendant. | |

Before the Court is the United States of America's Motion for Preliminary Order of Forfeiture (Doc. 57) pursuant to Federal Rule of Criminal Procedure 32.2(b). A jury has adjudged Defendant Carter guilty as charged of Assault on a Federal Officer with a Dangerous Weapon, in violation of 18 U.S.C. § 111(a)(1) and (b), as charged in Counts 1 and 2 of the Indictment; and Use of a Firearm During or in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii), as charged in Count 3 of the Indictment, and the jury has determined the forfeiture allegation against Defendant Carter to be true. This provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, **IT IS ORDERED** that the motion (Doc. 57) is **GRANTED.**

**IT IS FURTHER ORDERED** that Caleb Raymond Carter's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- New England Firearms, model Pardner, 20-gauge shotgun (S/N: NU255666); and;
- One box of 20-gauge ammunition;

**IT IS FURTHER ORDERED** that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

**IT IS FURTHER ORDERED** that the United States will provide written notice to all third parties with a potential legal interest in any of the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, as required by 21 U.S.C. § 853(n)(l) and Federal Rule of Criminal Procedure 32.2(b)(6), and to make its return to this Court that such action has been completed; and

**IT IS FURTHER ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

2

DATED this 13th day of March, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE